R. A. SCHOENBERG & COMPANY, Appellant, *v.* SARAH J. A. HALL and WILLIAM A. HALL, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 20th day of May, 1914, granting motion to vacate order for examination of defendants before trial.

PER CURIAM: The order appealed from is reversed, with ten dollars costs and disbursements, and the order for examination modified by limiting the examination to facts tending to prove the plaintiff's cause of action. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and order for examination modified as stated in opinion.

ISAAC SEILER, Respondent, *v.* JULIUS KLUGMAN, Appellant.

*Practice — payment of costs of prior action.*

Appeal from an order of the Supreme Court, made at Special Term, Bronx county, and entered in the office of the clerk of Bronx county on the 22d day of July, 1914, denying a motion to stay all proceedings on the part of the plaintiff until the payment of costs in the action instituted by him against this defendant in the City Court.

PER CURIAM: Examination of the papers discloses that the prior action in the City Court was substantially for the same cause of action as the one at bar. The courts of this State have repeatedly held, under similar circumstances, that the costs of the first litigation should be paid before a second litigation upon substantially the same cause of action would be permitted. (*Sprague* v. *Bartholdi Hotel Co.*, 68 Hun, 555; *Spaulding* v. *American Wood Board Co.*, 58 App. Div. 314; *Ingrosso* v. *Baltimore & Ohio R. R. Co.*, 105 id. 495; *Muratore* v. *Pirkl*, 109 id. 146; *Behrens* v. *Sturges*, 138 id. 537.) The order appealed from should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.